UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:
  Shawn Dietel
  Shannon L Starke
          Debtor(s)

Case No. 13-32733

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/16/2013.

2) The plan was confirmed on 10/18/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/19/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/27/2015.

5) The case was dismissed on 08/21/2015.

6) Number of months from filing to last payment: 19.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $36,644.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $11,145.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:**  $11,145.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $434.66 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:**  $4,134.66

Attorney fees paid and disclosed by debtor:   $300.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSET ACCEPTANCE CORP | Unsecured | 800.00 | 391.12 | 391.12 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 642.88 | 642.88 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 562.00 | 582.08 | 582.08 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 4,400.00 | 3,637.70 | 3,637.70 | 0.00 | 0.00 |
| GREEN TREE | Secured | 5,000.00 | 5,000.00 | 5,000.00 | 2,376.02 | 0.00 |
| GREEN TREE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | NA | 777.76 | 777.76 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 300.00 | 2,775.00 | 2,775.00 | 0.00 | 0.00 |
| NICOR GAS | Unsecured | NA | 1,673.71 | 1,673.71 | 0.00 | 0.00 |
| ORANGE LAKE COUNTRY CLUB | Unsecured | 11,206.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,359.00 | 1,358.71 | 1,358.71 | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 945.00 | 945.15 | 945.15 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 4,635.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLL OF AMERICA | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION NATIONAL EDUCATION | Unsecured | 4,582.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION NATIONAL EDUCATION | Unsecured | 6,982.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION NATIONAL EDUCATION | Unsecured | 5,101.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION NATIONAL EDUCATION | Unsecured | 1,123.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION NATIONAL EDUCATION | Unsecured | 991.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS PC | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| CAB SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CARTEGY/NSF CHECKS | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 1,700.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| COMCAST/STELLAR RECOVERY INC | Unsecured | 968.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VILLAGE OF HOMER GLEN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VISION FINANCIAL SERVI | Unsecured | 547.00 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE COUNTY CLUB | Unsecured | 11,206.00 | NA | NA | 0.00 | 0.00 |
| SPRINT/PENTAGROUP FINANCIAL | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 968.00 | NA | NA | 0.00 | 0.00 |
| TCF OF ILLINOIS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SNAP ON CREDIT | Secured | 503.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRI STATE FINANCIAL SERVICES | Secured | 500.00 | 500.00 | 500.00 | 500.00 | 7.65 |
| TRI STATE FINANCIAL SERVICES | Unsecured | NA | 340.49 | 340.49 | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 18,844.00 | 18,921.06 | 18,921.06 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 8,960.89 | 8,960.89 | 8,960.89 | 3,567.09 | 559.58 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $5,000.00 | $2,376.02 | $0.00 |
| Debt Secured by Vehicle | $9,460.89 | $4,067.09 | $567.23 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$14,460.89** | **$6,443.11** | **$567.23** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$32,045.66** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,134.66 |
| Disbursements to Creditors | $7,010.34 |
| **TOTAL DISBURSEMENTS :** | **$11,145.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/23/2015                                By: /s/ Glenn Stearns
                                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**